

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00186-CR

| | | |
|---|---|---|
| Bryson Mead, Appellant | § | On Appeal from County Court at Law |
| | § | of Hood County (54146) |
| v. | § | April 18, 2024 |
| | § | Memorandum Opinion by Justice Bassel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment and render a judgment of acquittal.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
    Justice Dabney Bassel